UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOLORES CUITE,                                    MEMORANDUM AND ORDER

            Plaintiff,                              CV 06-6140

    -against-                                    (Wexler, J.)

WINTHROP UNIVERSITY HOSPITAL,

            Defendant.
----------------------------------------------------------X

APPEARANCES:

    KOEHLER & ISAACS LLP
    BY: BRIAN C. NOONAN, ESQ.
    61 Broadway - 25th Floor
    New York, NY 10006
    Attorneys for Plaintiff

    PUTNEY, TWOMBLEY, HALL & HIRSON LLP
    BY: MARY ELLEN DONNELLY
    521 Fifth Avenue
    New York, NY 10175
    Attorneys for Defendant

WEXLER, District Judge

      Presently before the court is the Report and Recommendation of Magistrate Judge Arlene Rosario Lindsay (the "R&R") date July 2, 2007. The R&R recommends the granting, in part, of Plaintiff's motion to amend the complaint. Specifically, the R&R recommends that Plaintiff be granted leave to amend her complaint to add a claim pursuant to the Family and Medical Leave Act. The R&R recommends denial of the request for leave to amend to add claims of tortious interference and negligent misrepresentation. Plaintiff objects to the portions of the R&R recommending denial of leave to amend.

1

Upon review of the R&R and Plaintiff's objections thereto, the court hereby adopts the R&R. Plaintiff is to file the amended complaint within twenty days of the date of this order. The Clerk of the Court is directed to terminate the motion objecting to the R&R.

SO ORDERED

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
September 4, 2007