UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
DOLORES CUITE,

           Plaintiff,

    -against-

WINTHROP UNIVERSITY HOSPITAL,

           Defendant.
----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 06-6140

(Wexler, J.)

APPEARANCES:

    KOEHLER & ISAACS LLP
    BY: BRIAN C. NOONAN, ESQ.
    61 Broadway - 25th Floor
    New York, NY 10006
    Attorneys for Plaintiff

    PUTNEY, TWOMBLEY, HALL & HIRSON LLP
    BY: MARY ELLEN DONNELLY
    521 Fifth Avenue
    New York, NY 10175
    Attorneys for Defendant

WEXLER, District Judge

    Presently before the court is an appeal of an order of Magistrate Judge Arlene Rosario Lindsay dated July 18, 2007. That order denied reconsideration of the Magistrate Judge's order denying Plaintiff's motion to compel.

    Pursuant to Rule 72 of the Federal Rules of Civil Procedure this court shall modify or set aside any part of the order appealed from that is "clearly erroneous or contrary to law." FRCP 72(a). This court has reviewed Plaintiff's objections and the order of Magistrate Judge Lindsay and concludes that the order appealed from should be affirmed. Accordingly, Plaintiff's

1

objections are hereby overruled and the Order of Magistrate Judge Lindsay is affirmed.

SO ORDERED

_____
LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
       September 5, 2007