UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DOLORES CUITE,

        Plaintiff,

    -against-

WINTHROP UNIVERSITY HOSPITAL,

        Defendant.
-----------------------------------------------------------X

MEMORANDUM AND ORDER

CV 06-6140

(Wexler, J.)

APPEARANCES:

    KOEHLER & ISAACS LLP
    BY: BRIAN C. NOONAN, ESQ.
    Attorneys for Plaintiff
    61 Broadway, 25th Floor
    New York, New York 10006

    PUTNEY, TWOMBLY, HALL & HIRSON LLP
    BY: MARY ELLEN DONNELLY, ESQ.
    Attorneys for Defendant
    521 Fifth Avenue
    New York, New York 10175

WEXLER, District Judge

    Defendant in the above-captioned action moves for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. Upon consideration of the papers in support of and in opposition to the motion, this Court finds that genuine issues of material fact exist precluding the entry of summary judgment with respect to plaintiffs' claims. See Fed. R. Civ. P. 56(c) (a party seeking summary judgment must demonstrate that "there is no genuine issue of any material fact and that the moving party is entitled to a judgment as a matter of law."); Celotex Corp. v. Catrett, 477 U.S. 317, 322 (1986); Donohue v. Windsor Locks Bd. of Fire Comm'rs, 834 F.2d 54, 57 (2d Cir. 1987). Accordingly, defendant's motion for summary judgment is denied.

The denial of the motion is without prejudice to renewal at the close of Plaintiff's case.

SO ORDERED.

LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE

Dated: Central Islip, New York
March 17, 2008